UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DONTRELL STEPHENS,  CASE NO. 9:14-cv-80425

        Plaintiff,

vs.

RIC BRADSHAW, in his capacity
as Sheriff of Palm Beach County, Florida,
PALM BEACH COUNTY SHERIFF'S
OFFICE and DEPUTY SHERIFF ADAMS
LIN, individually.

        Defendants.
_____/

## NOTICE OF REMOVAL

The Defendants RIC BRADSHAW, in his capacity as Sheriff of Palm Beach County, Florida, PALM BEACH COUNTY SHERIFF'S OFFICE and DEPUTY SHERIFF ADAMS LIN, individually, through their undersigned attorneys, pursuant to Title 28 U.S.C. §1441, hereby file this their Notice of Removal of this action from the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, where the same is now pending as Case 502014CA002737XXXXMB to the United States District Court, Southern District of Florida, and in support thereof would allege as follows:

    1.    On or about March 6, 2014, Plaintiff Dontrell Stephens filed a Complaint upon which this action is based in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida. Thereafter service of process was accomplished on the Defendant Bradshaw and Defendant Palm Beach County Sheriff's Office on March 10, 2014 and on Defendant Lin on March 11, 2014.

    2.    Attached hereto as Composite Exhibit "A," and by reference made a part hereof, are copies of pertinent filings as contained in this cause pending before the Circuit Court of the Fifteenth

Judicial Circuit in and for Palm Beach County, Florida, as above-styled and numbered.

3. The said action in the Circuit Court is a civil action stating a claim which is removable, as it appears from the record attached hereto as Composite Exhibit "A". Specifically, Count I of the Complaint, (the only count in the Complaint) is titled: "Violation of Federal Constitutional Rights in violation of 42 U.S.C. §1983" and therein Plaintiff alleges that he was "deprived of right, privileges and immunities under the Fourth Amendment of the United States Constitution and Article I, Section XII of the Florida Constitution." See ¶36/ page 6 of Complaint. The Defendants, who are named in this Count which seek damages on claimed violations of civil rights, desire a federal forum with respect to such claims predicated upon Title 42 U.S.C. §1983 and/or violations of the U.S. Constitution.

4. The said claims for relief predicated upon Title 42 U.S.C. §1983 are claims for which this Court has original jurisdiction pursuant to Title 28 U.S.C. §§1331 and 1343(a)(3).

5. Section 1446(b) provides that notice of removal shall be filed within thirty (30) days after receipt of the Complaint upon the defendant through service or otherwise. As a result, this Notice of Removal is timely filed.

6. All of the Defendants in this case consent to removal of this action.

WHEREFORE, the Defendants Ric Bradshaw, Palm Beach County Sheriff's Office and Deputy Sheriff Adams Lin, respectfully request that this matter be removed and that this Honorable Court grant such other further and additional relief as may otherwise be proper.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and a copy of same will be sent via email to: **JACK SCAROLA, ESQUIRE**, Searcy, Denney, Scarola, Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Blvd., West Palm

Beach, Florida 33409, mep@searcylaw.com this **28th** day of March, 2014.

                                    PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
                                    Attorneys for Defendants
                                    2455 E. Sunrise Blvd, Suite 1216
                                    Fort Lauderdale, Florida 33304
                                    Telephone (954) 462-3200
                                    Telecopier (954) 462-3861

                 BY    *s/ Summer M. Barranco*
                           SUMMER M. BARRANCO
                           Fla. Bar No. 984663