*** CASE NUMBER: 20 PK-A002787 DIVISION: AA ***
Filing # 11029300 Electronically Filed 03/06/2014 12:15:27 PM

N/F/31
3/10/14
C
12.005?

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT, IN AND FOR PALM
BEACH, FLORIDA

CASE NO.:

RECEIVED
MAR 1 0 2014     JB
PALM BEACH COUNTY    BB
SHERIFF'S OFFICE
DEPARTMENT OF LEGAL AFFAIRS

DONTRELL STEPHENS,

    Plaintiff,

vs.

RIC BRADSHAW, in his capacity as Sheriff
of Palm Beach County, Florida, PALM
BEACH COUNTY SHERIFF'S OFFICE, and
DEPUTY SHERIFF ADAMS LIN,
individually,

    Defendant.
_____/

*** FILED: PALM BEACH COUNTY, FL. SHARON R BOCK, CLERK ***

## S U M M O N S:

THE STATE OF FLORIDA
To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant:

**Palm Beach County Sheriff's Office**
**3228 Gun Club Road**
**West Palm Beach, FL 33406**

Each defendant is required to serve written defenses to the complaint or petition on Jack Scarola, Esquire, Plaintiff's attorney, whose address is Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Boulevard, West Palm Beach, Florida 33409, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of Court, Circuit Civil Division, Palm Beach County, either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on _____MAR 06 2014_____, 20___.

CLERK OF THE CIRCUIT COURT (SEAL)

BY: *Robin Pender*
    Deputy Clerk

      Robin Pender



SHARON R. BOCK
Clerk & Comptroller
P.O. Box 4667
West Palm Beach, Florida
33402-4667

**EXHIBIT A**

"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Krista Garber, ADA Coordinator, in the Administrative Office of the Court, Palm Beach County Courthouse, 205 North Dixie Highway, Room 5.2500, West Palm Beach, Florida 33401; telephone number (561) 355-4380 , at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

"Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Krista Garber, ADA Coordinator, in the Administrative Office of the Court, Palm Beach County Courthouse, 205 North Dixie Highway, Room 5.2500, West Palm Beach, Florida 33401; telephone number (561) 355-4380 , por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

"Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Krista Garber, ADA Coordinator, in the Administrative Office of the Court, Palm Beach County Courthouse, 205 North Dixie Highway, Room 5.2500, West Palm Beach, Florida 33401; telephone number (561) 355-4380 , nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."

**** CASE NUMBER: 2014CA002737 DIVISION: AA ****
Filing # 11029300 Electronically Filed 03/06/2014 12:15:27 PM

*N 14316*
*3/10/14*
*12:05PM*

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT, IN AND FOR PALM
BEACH, FLORIDA

CASE NO.:

DONTRELL STEPHENS,

      Plaintiff,

vs.

RIC BRADSHAW, in his capacity as Sheriff
of Palm Beach County, Florida, PALM
BEACH COUNTY SHERIFF'S OFFICE, and
DEPUTY SHERIFF ADAMS LIN,
individually,

      Defendant.

_____/

## CIVIL ACTION SUMMONS

**RECEIVED**

**MAR 1 0 2014**   **JB**
PALM BEACH COUNTY   **BB**
SHERIFF'S OFFICE
DEPARTMENT OF LEGAL AFFAIRS

*** FILED: PALM BEACH COUNTY, FL  SHARON R. BOCK, CLERK ***

### S U M M O N S:
### PERSONAL SERVICE ON A NATURAL PERSON

TO:    **Ric Bradshaw**
       **Palm Beach County Sheriff's Office**
       **3228 Gun Club Road**
       **West Palm Beach, FL 33406**

### I M P O R T A N T

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this Court, Circuit Civil Division, Palm Beach County. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

Jack Scarola
Florida Bar No.: 169440
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida  33409
Plaintiff Attorney

**THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint/petition in this
lawsuit on the above named defendant.

DATED on _ MAR 06 2014 ↓.

CLERK OF THE CIRCUIT COURT (SEAL)

BY: *Robin Pender* _____ Deputy Clerk

Robin Pender

SHARON R. BOCK
Clerk & Comptroller
P.O. Box 4667
West Palm Beach, Florida
33402-4667

"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Krista Garber, ADA Coordinator, in the Administrative Office of the Court, Palm Beach County Courthouse, 205 North Dixie Highway, Room 5.2500, West Palm Beach, Florida 33401; telephone number (561) 355-4380 , at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

"Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Krista Garber, ADA Coordinator, in the Administrative Office of the Court, Palm Beach County Courthouse, 205 North Dixie Highway, Room 5.2500, West Palm Beach, Florida 33401; telephone number (561) 355-4380 , por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

"Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Krista Garber, ADA Coordinator, in the Administrative Office of the Court, Palm Beach County Courthouse, 205 North Dixie Highway, Room 5.2500, West Palm Beach, Florida 33401; telephone number (561) 355-4380 , nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."

*NF1316*
3/11/14
1:21 PM₀

**** CASE NUMBER: 2014CA002737 DIVISION: AA ****
Filing # 11029300 Electronically Filed 03/06/2014 12:15:27 PM

*** FILED: PALM BEACH COUNTY, FL. SHARON R BOCK, CLERK, ***

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT, IN AND FOR PALM
BEACH, FLORIDA

CASE NO.:

DONTRELL STEPHENS,

     Plaintiff,

vs.

RIC BRADSHAW, in his capacity as Sheriff
of Palm Beach County, Florida, PALM
BEACH COUNTY SHERIFF'S OFFICE, and
DEPUTY SHERIFF ADAMS LIN,
individually,

     Defendants.

_____/

**CIVIL ACTION SUMMONS**

## S U M M O N S:
## PERSONAL SERVICE ON A NATURAL PERSON

TO:    Adams Lin
       Palm Beach County Sheriff's Office
       3228 Gun Club Road
       West Palm Beach, FL 33406

## I M P O R T A N T

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this Court, Circuit Civil Division, Palm Beach County. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

PDF created with pdfFactory trial version www.pdffactory.com
PDF created with pdfFactory trial version www.pdffactory.com

Jack Scarola
Florida Bar No.: 169440
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Plaintiff Attorney

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

YOU ARE COMMANDED to serve this summons and a copy of the complaint/petition in this lawsuit on the above named defendant(s).

DATED on ___ MAR 06 2014



CLERK OF THE CIRCUIT COURT (SEAL)

BY: *Robin Pender* _____
                          Deputy Clerk

                          Robin Pender

SHARON R. BOCK
Clerk & Comptroller
P.O. Box 4667
West Palm Beach, Florida
33402-4667

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Krista Garber, ADA Coordinator, in the Administrative Office of the Court, Palm Beach County Courthouse, 205 North Dixie Highway, Room 5.2500, West Palm Beach, Florida 33401; telephone number (561) 355-4380, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

"Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Krista Garber, ADA Coordinator, in the Administrative Office of the Court, Palm Beach County Courthouse, 205 North Dixie Highway, Room 5.2500, West Palm Beach, Florida 33401; telephone number (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Krista Garber, ADA Coordinator, in the Administrative Office of the Court, Palm Beach County Courthouse, 205 North Dixie Highway, Room 5.2500, West Palm Beach, Florida 33401; telephone number (561) 355-4380, nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."

Filing # 11029300 Electronically Filed 03/06/2014 12:15:27 PM

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT, IN AND FOR PALM
BEACH COUNTY, FLORIDA
(civil Division)

DONTRELL STEPHENS,                    CASE NO.:

     Plaintiff,

v.

RIC BRADSHAW, in his capacity as Sheriff
of Palm Beach County, Florida, PALM
BEACH COUNTY SHERIFF'S OFFICE, and
DEPUTY SHERIFF ADAMS LIN,
individually,

     Defendants.

_____/

## COMPLAINT

    Plaintiff, DONTRELL STEPHENS ("STEPHENS"), sues RIC BRADSHAW, in his capacity as Sheriff of the PALM BEACH COUNTY SHERIFF'S OFFICE ("PBSO"), and DEPUTY SHERIFF ADAMS LIN ("LIN"), and states as follows:

### JURISDICTION AND VENUE

    1.    Venue is proper in Palm Beach County, Florida, because the conduct from which this cause of action arises occurred in Palm Beach County, Florida.

    2.    All Defendants are either residents or are employed within Palm Beach County, Florida.

### PARTIES

    3.    Plaintiff, DONTRELL STEPHENS, is a resident of Palm Beach County, Florida, is over the age of 18, and is otherwise sui juris.

Dontrell, Stephens v. Palm Beach County Sheriff's Office
Complaint

4.      Defendant PBSO is an agency of Palm Beach County, Florida, a political subdivision of the State of Florida.

5.      Defendant RIC BRADSHAW is the Sheriff of PBSO.

6.      Defendant LIN is employed as a Deputy Sheriff of PBSO.

<u>GENERAL ALLEGATIONS AND BACKGROUND</u>

7.      Plaintiff, DONTRELL STEPHENS, is an African American male, twenty years of age.

8.      On September 13, 2013, Plaintiff STEPHENS was riding a bicycle in the area of Norma Elaine Road and Haverhill Road within the unincorporated area of Palm Beach County, Florida.

9.      At approximately 8:30 a.m., LIN was assigned to a community policing unit and stopped STEPHENS, for unknown reasons, but without probable cause to believe that STEPHENS had engaged or was engaging in any violation of the law.

10.     On information and belief, PBSO Deputy Sheriffs patrolling the area proximate to Norma Elaine Road and Haverhill Road to routinely stop individuals (particularly African American males) absent any probable cause to believe that they have committed a criminal act.

11.     Immediately prior to being stopped, STEPHENS was riding his bicycle and using a cell phone to talk with a friend.

12.     Upon stopping the Plaintiff, LIN instructed STEPHENS to put his hands in the air.

13.     STEPHENS attempted to comply with LIN's instructions.

14.     When STEPHENS turned to face LIN, he was suddenly and without warning shot in the left hand proximate to his left arm by LIN, who was using his service revolver,

2

PDF created with pdfFactory trial version www.pdffactory.com
PDF created with pdfFactory trial version www.pdffactory.com

Dontrell, Stephens v. Palm Beach County Sheriff's Office
Complaint

previously approved by PBSO.

15.   LIN fired three additional shots, striking STEPHENS twice in the right elbow and once in the chest.

16.   At the time of said shooting, LIN had no probable cause to believe STEPHENS had committed any type of crime.

17.   Following the shooting, STEPHENS was transported to St. Mary's Hospital in West Palm Beach, where he was admitted and has remained, receiving acute care for paraplegia caused by the gunshot wound to his chest.

## DEFENDANTS VIOLATED PLAINTIFF'S CIVIL RIGHTS

18.   Plaintiff, DONTRELL STEPHENS, should never have been stopped.  He was merely riding his bicycle on or near a public street and there was no probable cause to believe he had committed a crime.

19.   Not only was STEPHENS' stop without cause, his arrest was secured with excessive force, to wit: having been shot four times.

20.   STEPHENS did not intend to evade arrest or otherwise flee the scene and had complied with all of the orders given to him by Defendant ADAMS LIN.

21.   The conduct of LIN occurred within the scope of his employment by PBSO, having occurred within the authorized time and space limits of his duties and by a purpose to serve the Sheriff.

22.   At no time did the Plaintiff, DONTRELL STEPHENS strike, attempt to strike,  or pose a threat of any injury of any kind to the Defendant, ADAMS LIN.

23.   LIN's use of excessive force violated clearly established statutory or constitutional rights which a reasonable person would have known because:

3

PDF created with pdfFactory trial version www.pdffactory.com
PDF created with pdfFactory trial version www.pdffactory.com

Dontrell, Stephens v. Palm Beach County Sheriff's Office
Complaint

      a.      STEPHENS had not provided any probable cause of having committed a crime and no warrant was issued for his arrest; and

      b.      STEPHENS neither resisted the directions of LIN, nor fled from him.

24.      LIN knew or should have known, and every reasonable officer in his position would have concluded, that there was no reason to arrest STEPHENS, as he was not committing a crime when first observed by LIN.

25.      LIN knew or should have known, and every reasonable officer in that position would have concluded, that the force he used to arrest STEPHENS was unlawful, because he did not resist the officer, was not physically able to resist LIN, and did not and could not have fled.

26.      As a direct and proximate result of LIN's actions, STEPHENS' liberty was restrained and he was arrested and detained without just or probable cause.

27.      PBSO, as a matter of policy, practice or custom, has with deliberate indifference failed to adequately train or otherwise direct Deputy Sheriffs concerning the rights of citizens, and has encouraged for the use of "Stop and Frisk" tactics in any area they deem to be "high crime," thereby causing LIN to engage in the unlawful conduct described above and consistently use "Stop and Frisk" tactics in any area they deem to be a high crime area.

28.      LIN acted intentionally and/or with gross negligence in his unlawful arrest of STEPHENS, which was effected with excessive force. Based on the conduct described, and the allegations set forth in this Complaint, LIN and PBSO acted with actual knowledge of the wrongfulness of their conduct and the high probability that injury or damage to STEPHENS would result and, despite that knowledge, intentionally pursued that course of conduct resulting in injury and damage to STEPHENS. Further, Defendants' conduct was so reckless or wanting in care that it constituted a conscious disregard or indifference to the life, safety, or rights of

4

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com

Dontrell, Stephens v. Palm Beach County Sheriff's Office
Complaint

STEPHENS. Defendant PBSO and Sheriff RIC BRADSHAW ratified, condoned and consented

to LIN's conduct.

### PLAINTIFF DONTRELL STEPHENS' DAMAGES

29.     As a direct and proximate result of the acts described herein, Plaintiff,

DONTRELL STEPHENS, has suffered grievously, suffered bodily injury and resulting pain and

suffering, disability, disfigurement, mental anguish, loss of capacity of the enjoyment of life,

expensive hospitalization, and medical care and treatment, loss of earnings, loss of ability to earn

money, and aggravation of a previously existing condition.   The losses are permanent and/or

continuing and Plaintiff will suffer  the losses in the future, in violation of Plaintiff's rights.

### COUNT I
### VIOLATION OF FEDERAL CONSTITUTIONAL RIGHTS
### IN VIOLATION OF 42 U.S.C. §1983

30.     Plaintiff re-alleges and re-avers paragraphs 1 through 29 as if specifically set forth

herein.

31.     This claim is brought pursuant to the provisions of 42 U.S.C. §1983.

32.     Defendants, acting under color of state and/or local law, ordinances, policies,

customs, and usages of the State of Florida, and the County of Palm Beach, Florida, deprived

Plaintiff, DONTRELL STEPHENS, of the right to be secure in his person and free from

unreasonable seizure and from the use of excessive force in the course of arrest.

33.     Upon information and belief, the Palm Beach County Sheriff's Office has a

persistent practice and custom of exhibiting deliberate indifference to the constitutional rights of

persons within Palm Beach County, which caused a violation of Plaintiff STEPHENS' federally-

protected rights.

5

PDF created with pdfFactory trial version www.pdffactory.com
PDF created with pdfFactory trial version www.pdffactory.com

Dontrell, Stephens v. Palm Beach County Sheriff's Office
Complaint

34.     Upon information and belief, it was the policy and/or custom of the Palm Beach County Sheriff's Office to inadequately train and supervise its police officers, which resulted in the indiscriminate use of force on STEPHENS that deprived him of rights secured by the United States and Florida Constitutions.

35.     The above-described customs and policies demonstrate a deliberate indifference on the part of policymakers of PBSO to the constitutional rights of persons within the County, and were the cause of violations of STEPHENS' rights alleged herein.

36.     As a direct and proximate result of Defendants' actions, and in violation of 42 U.S.C. §1983, STEPHENS was deprived of rights, privileges and immunities under the Fourth Amendment of the United States Constitution and Article I, Section XII of the Florida Constitution.

37.     As a direct and proximate result of the defendant's deprivation of federally secured rights, STEPHENS has suffered and will continue to suffer severe damages.

38.     Plaintiff, DONTRELL STEPHENS has retained the undersigned attorneys to prosecute this action on his behalf and has agreed to pay them a reasonable fee and to reimburse the costs of this action.

**WHEREFORE,** Plaintiff DONTRELL STEPHENS respectfully requests that this honorable Court enter judgment against all Defendants, jointly and severally, pursuant to 42. U.S.C. §§ 1983, 1985 and 1988, by awarding compensatory damages, punitive damages, all costs and reasonable attorney's fees provided for under the applicable law, and such other and further relief as the Court deems reasonable and just.

6

Dontrell, Stephens v. Palm Beach County Sheriff's Office
Complaint

## DEMAND FOR JURY TRIAL

Plaintiff DONTRELL STEPHENS hereby demands trial by jury for all issues appropriately

tried by a jury.

SEARCY DENNEY SCAROLA BARNHART & SHIPLEY PA
Attorneys for Plaintiff
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
Tel.: (561) 686-6300
Fax: (561) 383-9451

By: _____

JACK SCAROLA
Fla. Bar No.: 169440

7

PDF created with pdfFactory trial version www.pdffactory.com
PDF created with pdfFactory trial version www.pdffactory.com

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT, IN AND FOR PALM
BEACH COUNTY, FLORIDA
(civil Division)

DONTRELL STEPHENS,                          CASE NO.:

       Plaintiff,

v.

RIC BRADSHAW, in his capacity as Sheriff
of Palm Beach County, Florida, PALM
BEACH COUNTY SHERIFF'S OFFICE, and
DEPUTY SHERIFF ADAMS LIN,
individually,

       Defendants.

_____/

## NOTICE OF SERVING GENERAL INTERROGATORIES
## TO DEFENDANT, ADAMS LIN

    Plaintiff, Dontrell Stephens, hereby gives notice that pursuant to Rule 1.340(e), Florida Rules of Civil Procedure, General Interrogatories numbered 1 through 15 have been directed to Defendant, ADAMS LIN, and served with the Complaint.

    It is requested that the aforesaid Interrogatories be answered within forty-five (45) days after the service of this request, at the offices of Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Blvd., West Palm Beach, FL 33409.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served with the Summons and Complaint.

JACK SCAROLA
Florida Bar No.: 169.440
Attorney E-Mail(s): jsx@searcylaw.com and
mep@searcylaw.com
Primary E-Mail: eservice@searcylaw.com
Secondary E-Mail(s): _scarolateam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:     (561) 383-9451
Attorney for Plaintiff