

ATTORNEYS AT LAW

Law Offices
# LAVALLE, BROWN & RONAN
PROFESSIONAL ASSOCIATION
750 SOUTH DIXIE HIGHWAY
BOCA RATON, FLORIDA 33432
WWW.BOCALAW.COM

LAWRENCE L. LAVALLE - 1937-2007
JEFF M. BROWN*
KENNETH J. RONAN
SCOTT J. SALE
ALISON C. GUERINO**
GEORGE F. FRANK

* CERTIFIED MEDIATOR
** ALSO ADMITTED IN CALIFORNIA

OF COUNSEL
PATRICK S. SWEENEY

TOLL FREE (855) BOCA-LAW
TELEPHONE (561) 395-0000
FACSIMILE (561) 395-9093

November 4, 2013

CERTIFIED MAIL: 7012 1640 0000 5448 2268
Sheriff Ric Bradshaw
Palm Beach County Sherriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

Re:  Our client:      Dontrell Stephens
     Date of Birth:   4/20/93
     Date of Incident: 9/13/13
     PBSO Case No.:   13-119757

## FLA. STAT. § 768.28 NOTICE OF CLAIM AGAINST THE PALM BEACH SHERIFF'S OFFICE

Dear Sir/Madam:

Please find enclosed our Notice of Claim pursuant to F.S. § 768.28 against the Florida Highway Patrol for the above-referenced incident.

On the above date, our client, Dontrell Stephens was shot multiple times by an unknown Deputy with no probable cause and while unarmed and not posing a risk to any individuals.

Information relative to the claimant(s) is as follows:

Claimant:
NAME:       Dontrell Stephens
ADDRESS:    1117 N Rosemary Ave
            West Palm Beach, FL 33401
DOB:        4/20/93

In the event the Palm Beach Sheriff's Office denies this claim and/or does not act upon the notice before the expiration of the statutory 6-month notice period, a lawsuit for the personal injuries of the Claimant(s), will be filed, either in the Circuit Court of Palm Beach County,


PLAINTIFF'S EXHIBIT A

Palm Beach County Sherriff's Office
November 4, 2013
Page 2

Florida or the U.S. District Court for the Southern District of Florida, seeking damages in excess of Fifteen Thousand Dollars ($15,000.00).

Based upon the best knowledge of the Claimant(s), the following monies are owed to the State or any of its agency(ies), officer(s), or subdivision(s) for any judgments in excess of $200.00, which judgment would have been entered by a civil, criminal, or administrative tribunal:

$1,743.37 pursuant to fines/court costs in case No. 50-2011-CF-012608-AXXX-MB
And
$ 742.37 pursuant to fines/court costs in case No.: 50-2012-CF012818-AXXX-MB

Pursuant to Florida Statute §627.4137, please provide the undersigned with the following information with regard to each known policy of insurance, including excess or umbrella insurance:

1. The name of each insured;
2. The limits of liability coverage; including coverage for §1983 claims;
3. The statement of any policy or coverage defense which such insurer reasonably believes is available at the time of filing such statement;
4. A copy of the policy including the application;
5. A copy of any statement(s) made by any party or witness including my client.

Additionally, please advise as to the name and coverage of any and all other insurers for the above named insured who might provide excess or additional coverage.

Further, pursuant to Florida Statute §627.4137(2) you are reminded of the obligation to furnish an immediate amendment to the statement sought herewith in the event that any facts are discovered that call for an amendment.

The undersigned is willing to reasonably assist you in your investigation of this claim in the hope that it can be resolved prior to the expiration of the statutory 6-month notice period. It is requested that the Florida Department of Financial Services also participate in this pre-suit investigation period, as required by the Statutes.

If you would like to speak with us, or believe this notice is statutorily deficit, please contact the undersigned.

Very truly yours,

George F. Frank, Esq.
For the Firm

Palm Beach County Sherriff's Office
November 4, 2013
Page 3

JMB/cap
Cc: Via Certified Mail: 7012 1640 0000 5448 2282
    Florida Department of Financial Services
    200 E. Gaines Street
    Tallahassee, FL 32399

    Via Certified Mail: 7012 1640 0000 5448 2299
    Board of County Commissioners
    Palm Beach County
    301 N. Olive Avenue
    West Palm Beach, FL 33401

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Received by: Johnny Judson  ☐ Agent<br>   FL FINANCIAL SERVICES  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>No. 1255401<br>rida Department of Financial Services<br>) E. Gaines Street<br>ahassee, FL 32399 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☐ Certified Mail®      ☐ Priority Mail Express™<br>   ☐ Registered          ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail        ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)     ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7012 1640 0000 5448 2282 |

PS Form 3811, July 2013            Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____ ☐ Agent ☐ Address<br>B. Received by (Printed Name)  C. Date of Delivery NOV 19 2013 |
| 1. Article Addressed to:<br><br>File No. 1255401<br>Sheriff Ric Bradshaw<br>Palm Beach County Sherriff's Office<br>3228 Gun Club Road<br>West Palm Beach, FL 33406 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7012 1640 0000 5448 2268 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-154

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____ ☐ Agent ☐ Address<br>B. Received by (Printed Name)  C. Date of Delivery NOV 06 20 |
| 1. Article Addressed to:<br><br>File No. 1255401<br>Board of County Commissioners<br>Palm Beach County<br>301 N. Olive Avenue<br>West Palm Beach, FL 33401 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail®  ☐ Priority Mail Express™<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7012 1640 0000 5448 2299 |

PS Form 3811, July 2013        Domestic Return Receipt