UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CV-80425-CIV-COHN/SELTZER

EVETT L. SIMMONS, ESQUIRE,
in her capacity as Guardian of the Property of
Dontrell Stephens, and DONTRELL STEPHENS,

    Plaintiffs,

v.

RIC BRADSHAW, in his capacity as Sheriff
of Palm Beach County, Florida, and
DEPUTY SHERIFF ADAMS LIN, individually,

    Defendants.
_____/

## OMNIBUS ORDER ON PRETRIAL MOTIONS

This matter came before the Court for an "all motions" hearing held January 7, 2016. Based upon the papers and evidence presented, and the arguments made, and for the reasons stated on the record at the hearing, the Court hereby

ORDERS and ADJUDGES as follows:

1. Plaintiffs' Motion to Amend Count V (DE 188) is denied.

2. Plaintiffs' Amended Motion for Reconsideration Regarding Count II (*Monell* Liability) (DE 192) is denied.

3. Defendants' Renewed Motion in Limine Regarding Plaintiffs' Law Enforcement Experts (DE 194) is granted in part and denied in part. The intended testimony of Plaintiffs' two law enforcement experts overlap to such an extent that the Court would only permit one to testify; Plaintiffs selected Melvin Tucker and withdrew Dr. Alpert. In light of the ruling on Plaintiffs' Amended Motion for Reconsideration Regarding Count II (*Monell* Liability) (DE

192), opinions regarding PBSO custom or policy are not relevant. As to opinions from Mr. Tucker, Plaintiffs shall prepare a written proffer in advance of trial.

4. Plaintiffs' Renewed Motion to Limit Testimony of Defense Expert Emanuel Kapelsohn (DE 186) is granted in part and denied in part. As to opinions from Mr. Kapelsohn, Defendants shall prepare a written proffer in advance of trial.

5. In light of the ruling on Plaintiffs' Amended Motion for Reconsideration Regarding Count II (*Monell* Liability) (DE 192), Defendants' Motion to Strike Plaintiffs' Notice of Filing Supplemental Evidence in Support of Amended Motion for Reconsideration Regarding Count II (*Monell* Liability) (DE 219) is denied as moot.

6. Plaintiffs' Renewed Motion in Limine (DE 193) is granted in part and denied in part, with the following specific rulings: evidence that Dontrell Stephens consumed marijuana on the morning of the shooting is admissible; evidence regarding the vial of crack cocaine found at the scene is not admissible; evidence that Mr. Stephens possessed marijuana on the morning of the shooting is admissible; evidence regarding the State Attorney's Office's opinions and decision not to prosecute Deputy Lin is not admissible; photographs of Dontrell Stephens from social media are not admissible; the fact of Dontrell Stephens' felony conviction is admissible; and the nature of that conviction is not admissible.

7. Defendants' Renewed Motion in Limine to Exclude Evidence and/or Argument Regarding Certain Subject Matters (DE 195) is granted in part and denied in part, with the following specific rulings: evidence regarding the manner in which Deputy Lin was dressed, and the ammunition and equipment he was carrying, is admissible; whether Deputy Lin was wearing a body camera will not be mentioned; the fact that Deputy Lin was a community police officer, and that the philosophy of community policing is to establish rapport with the community, is

admissible, but a broader discussion of the details of community policing is not admissible; evidence of Deputy Lin's combat experience is admissible (though to be addressed in a noninflammatory fashion); counsel may inquire regarding Deputy Lin's awareness, at the point at which he came face-to-face with Dontrell Stephens, that Mr. Stephens was a young black male with dreadlocks and may argue that Dontrell Stephens' race played a role in Deputy Lin's perception of danger; evidence of Deputy Lin's marital difficulties at the time of the shooting is admissible; Deputy Borut's statement that he would have Deputy Lin's back is not admissible; and evidence that the walk-through statement was made after Deputy Lin consulted with counsel is admissible.[1]

DONE and ORDERED in Fort Lauderdale, Florida, this ___ day of January, 2016.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to: Counsel of Record (via CM/ECF)

---

[1] A ruling on the admissibility of evidence regarding Lin's awareness of officers killed in the line of duty was deferred.

3