UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80425-COHN/SELTZER

EVETT L. SIMMONS, ESQUIRE, in
her capacity as Guardian of the Property
of Dontrell Stephens, and DONTRELL
STEPHENS,

        Plaintiffs,

vs.

RIC BRADSHAW, in his capacity as
Sheriff of Palm Beach County, Florida,
and DEPUTY SHERIFF ADAMS
LIN, individually,

        Defendants.
_____/

FILED BY _____ D.C.

FEB - 3 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## VERDICT

Do you find from a preponderance of the evidence:

1. That Adams Lin's intentional use of force against Dontrell Stephens was excessive or unreasonable?

Answer Yes or No   __Yes__

[If your answer to question 1 is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer to question 1 is yes, please go to the next question.]

2. If your answer is "Yes,"

(a) What is the total amount of damages for medical expenses incurred in the past and to be incurred in the future?

$ 6,450,100

(b) What is the total amount of damages for ill health, physical pain and suffering, disability, disfigurement, discomfort, and any such physical harm that Dontrell Stephens has experienced and is reasonably certain to experience in the future?

$ 10,626,000

(c) What is the total amount of damages for mental and emotional distress, impairment of reputation, personal humiliation, and any related harm that Dontrell Stephens has experienced and is reasonably certain to experience in the future?

$ 6,072,000

TOTAL DAMAGES (add (a), (b), and (c)):

$ 23,148,100

So Say We All.

Foreperson's Signature

Date: 2-3-16