UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80425-COHN/SELTZER

EVETT L. SIMMONS, ESQUIRE, in
her capacity as Guardian of the Property
of Dontrell Stephens, and DONTRELL STEPHENS,

        Plaintiffs,

vs.

RIC BRADSHAW, in his capacity as
Sheriff of Palm Beach County, Florida, and
DEPUTY SHERIFF ADAMS LIN, individually,

        Defendants.
_____/

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs, EVETT L. SIMMONS, ESQUIRE, in her capacity as Guardian of the Property of Dontrell Stephens, and DONTRELL STEPHENS, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from a Final Judgment (DE 297) signed on February 25, 2016, and docketed on February 26, 2016, an Order on Motions for Summary Judgment (DE 163) entered December 31, 2014, which granted Sheriff Bradshaw's Motion for Summary Judgment (DE 79) as to the entire constitutional claim in Count II of the Second Amended Complaint and denied it in all other respects, and an Omnibus Order on Pretrial Motions (DE 262), entered January 25, 2016, which denied Plaintiffs' Amended Motion for Reconsideration Regarding Count II (*Monell* Liability) (DE 192) and also denied Plaintiffs' Motion to Amend Count V (DE 188).

I HEREBY CERTIFY that, on February 26, 2016, I caused a true and correct copy of the foregoing to be served on all counsel of record by filing an electronic copy with the Court's

CM/ECF system, which will send notification of the filing to all counsel of record registered therewith.

/s/ JACK SCAROLA
JACK SCAROLA
Florida Bar No.: 169440
Attorney E-Mail: peq@searcylaw.com
Primary E-Mail: eservice@searcylaw.com
Secondary E-Mail: _Quinlanteam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300; Fax: (561) 383-9465
Attorneys for Plaintiffs
