UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:14-CV-80425

EVETT L. SIMMONS, ESQ., in her capacity
as Guardian of the Property of DONTRELL
STEPHENS, and DONTRELL STEPHENS,

    Plaintiffs,

vs.

RIC BRADSHAW, in his capacity as Sheriff
of Palm Beach County, Florida, and DEPUTY
SHERIFF ADAMS LIN, individually,

    Defendants.
_____/

**PLAINTIFFS MOTION FOR CONTINUING WRIT OF GARNISHMENT**

Plaintiffs/Judgment Creditors EVETT L. SIMMONS, ESQ., in her capacity as Guardian of the Property of DONTRELL STEPHENS, and DONTRELL STEPHENS, by and through undersigned counsel and pursuant to sections 77.01, 77.03 and 77.0305, Florida Statutes, and Rule 69 of the Federal Rules of Civil Procedure, move this Court for an Order directing the Clerk to issue the attached Continuing Writ of Garnishment against the salary or wages of Defendant/Judgment Debtor DEPUTY SHERIFF ADAMS LIN to Garnishee Palm Beach Sherriff's Office and state in support:

1. Plaintiffs obtained a Final Judgment against Defendant Lin in the amount of Twenty-Two Million Four Hundred Thirty-One Thousand Eight Hundred and Ninety-Two Dollars and Five Cents ($22,431,892.05) plus post judgment interest at the legal rate, which this Court entered on February 25, 2016. A certified copy of the Final Judgment is attached as Exhibit A.

Stephens, Dontrell vs. Bradshaw, et al.
Case No.: 9:14-CV-80425
Plaintiffs' Ex-Parte Motion for Continuing Writ of Garnishment
Page 2 of 3

2. Garnishee Palm Beach County Sheriff's Office is the employer of Defendant Lin and/or has effects or property of said Defendant in hands, custody, or control.

3. Plaintiffs therefore request that a Continuing Writ of Garnishment against the salary or wages of Defendant Lin be issued commanding the Garnishee to answer according to law.

## MEMORANDUM OF LAW

Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure, supplementary proceedings performed to aid in the execution of a judgment shall follow the practices and procedures of the state in which the district court is located at the time that such remedy is sought. Fed. R. Civ. P. 69(a)(1); *see also Export Development Canada v. Xacore, Inc.* No. 8:12-CV-1244-T-17EAJ, 2013 WL 57693, at *1 (M.D. Fla. Jan. 3, 2013) ("A money judgment is enforceable by a writ of garnishment, and the writ must accord with the law of the state where the court is located.") Section 77.03, Florida Statutes, reads in part:

> After judgment has been obtained against defendant but before the writ of garnishment is issued, the plaintiff, the plaintiff's agent or attorney, shall file a motion (which shall not be verified or negative defendant's judgment) stating the amount of the judgment.

Section 77.0305, Florida Statutes, reads in part:

> Notwithstanding any other provisions of this chapter, if salary or wages are to be garnished to satisfy a judgment, the court shall issue a continuing writ of garnishment to the judgment debtor's employer which provides for the periodic payment of a portion of the salary or wages of the judgment debtor as the salary or wages become due until the judgment is satisfied or until otherwise provided by court order.

Finally, both federal and state courts in Florida have held that a plaintiff/judgment creditor moving for a post-judgment continuing writ of garnishment pursuant to section 77.0305 to collect the balance of a debt may include post-judgment interest. *See First Union National Bank of Florida v. Knyal*, 874 So. 2d 716, 717 (Fla. 4th DCA 2004); *Communications Center, Inc. v. Komatsu*, No.

Stephens, Dontrell vs. Bradshaw, et al.
Case No.: 9:14-CV-80425
Plaintiffs' Ex-Parte Motion for Continuing Writ of Garnishment
Page 3 of 3

6:05-cv-1254-Orl-31GJK, 2008 WL 2717669, at *1 (M.D. Fla. June 27, 2008) ("Thus, under federal and state law, post-judgment writs of garnishment may be issued … and such writs may include post-judgment interest.")

    WHEREFORE, Plaintiffs/Judgment Creditors Evett L. Simmons, Esq., in her capacity as Guardian of the Property of Dontrell Stephens, and Dontrell Stephens move for an Order directing the Clerk to issue the attached Continuing Writ of Garnishment against the salary or wages of Defendant/Judgment Debtor Adams Lin to the office of Garnishee Palm Beach County Sheriff's Office, 3228 Gun Club Road, West Palm Beach, FL 33406.

_____
JACK SCAROLA
Florida Bar No.: 169440
Attorney E-Mail: jsx@searcylaw.com
Primary E-Mail: _ScarolaTeam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:   (561) 383-9465
Attorney for Plaintiffs