UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80425-COHN/SELTZER

EVETT L. SIMMONS, ESQUIRE, in
her capacity as Guardian of the Property
of Dontrell Stephens, and DONTRELL STEPHENS,

              Plaintiffs,

vs.

RIC BRADSHAW, in his capacity as
Sheriff of Palm Beach County, Florida, and
DEPUTY SHERIFF ADAMS LIN, individually,

              Defendants.
_____/

```
CFN 20160261424
OR BK 28456 PG 0169
RECORDED 07/22/2016 15:31:46
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0169 - 170; (2pgs)
```

## FINAL JUDGMENT

THIS CAUSE having come before the Court following a jury trial in this matter wherein a jury returned a verdict in favor of Plaintiffs on all remaining claims at issue,[1] it is hereby

ORDERED and ADJUDGED as follows:

1.     Judgment is entered for Plaintiffs as to Counts I and III. Plaintiffs Evett L. Simmons, Esquire, in her capacity as Guardian of the Property of Dontrell Stephens, and Dontrell Stephens, shall recover from the Defendants, Adams Lin and Ric Bradshaw, in his capacity as

---

[1] Plaintiffs' operative pleading, the Second Amended Complaint (DE 32, 135), included six counts against Defendants Adams Lin ("Lin") and Ric Bradshaw, in his capacity as Sheriff of Palm Beach County ("Sheriff Bradshaw"):

    I.     42 U.S.C. § 1983 Violation of Civil Rights (v. Lin)
    II.    42 U.S.C. § 1983 Violation of Civil Rights (v. Sheriff Bradshaw)
    III.   Battery (v. Sheriff Bradshaw)
    IV.   Battery (v. Lin)
    V.    Negligent Use of Firearm (v. Sheriff Bradshaw)
    VI.   Negligent Supervision, Retention, and Training (v. Sheriff Bradshaw)

Counts IV and VI were subsequently withdrawn by Plaintiffs.

Sheriff of Palm Beach County, jointly and severally, the amount of Twenty-Two Million Four Hundred Thirty-One Thousand Eight Hundred and Ninety-Two Dollars and Five Cents ($22,431,892.05), plus post-judgment interest at the legal rate, along with costs, for all of which let execution issue.

2. Judgment is entered in favor of the Defendant Sheriff Bradshaw and against Plaintiffs on Counts II and V. The Clerk shall CLOSE this case.

DONE and ORDERED in Fort Lauderdale, Florida, this 25th day of February, 2016.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to: Counsel of Record (via CM/ECF)

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: _____  Deputy Clerk
Date 07/14/2016