UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:14-CV-80425

EVETT L. SIMMONS, ESQ., in her capacity
as Guardian of the Property of DONTRELL
STEPHENS, and DONTRELL STEPHENS,

    Plaintiffs,

vs.

RIC BRADSHAW, in his capacity as Sheriff
of Palm Beach County, Florida, and DEPUTY
SHERIFF ADAMS LIN, individually,,

    Defendants,
_____/

and

PALM BEACH COUNTY SHERIFF'S
OFFICE,

    Garnishee.
_____/

**CONTINUING WRIT OF GARNISHMENT AGAINST SALARY OR WAGES**

TO STATE OF FLORIDA;

To Each Sheriff of the State:

YOU ARE HEREBY COMMANDED to summon the garnishee Palm Beach County Sheriff's Office, whose address is 3228 Gun Club Road, West Palm Beach, FL 33406, who is required to serve an answer to this Writ on Jack Scarola, Esq., Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Boulevard, West Palm Beach, FL 33409 within twenty (20) days after service of this writ on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter. The answer shall state whether the garnishee is the employer of the defendant, Deputy Sheriff

Stephens, Dontrell vs. Bradshaw, et al.
Case No.:  9:14-CV-80425
Continuing Writ of Garnishment Against Salary or Wages
Page 2 of 2

Adams Lin, and whether the garnishee is indebted to the defendant by reason of salary or wages. The garnishee's answer shall specify the periods of payment (for example, weekly, biweekly, or monthly) and amount of salary or wages and be based on the defendant's earnings for the pay period during which this writ is served on the garnishee.

During each pay period, a portion of the defendant's salary or wages as it becomes due shall be held and not disposed of or transferred until further order of this Court.  The amount of salary or wages to be withheld for each pay period shall be made in accordance with the following paragraph.  This writ shall continue until the plaintiff's judgment is paid in full or until otherwise provided by court order.  Federal law (15 U.S.C. §§ 1671-1673) limits the amount to be withheld from salary or wages to no more than 25% of any individual defendant's disposable earnings (the part of earnings remaining after the deduction of any amounts required by law to be deducted) for any pay period or to no more than the amount by which the individual's disposable earnings for the pay period exceed 30 times the federal minimum hourly wage, whichever is less.

The amount awarded to Plaintiff in the Judgment is $22,431,892.05, plus post-judgment interest at the legal rate, along with costs, for of which let execution issue.

Dated this _____ day of _____, 2016.

>STEVEN M. LARIMORE
>Clerk Administrator - Clerk of the Court

By: _____

cc:   Jack Scarola, Esq.
      Searcy Denney Scarola Barnhart & Shipley, P.A.
      2139 Palm Beach Lakes Boulevard
      West Palm Beach, FL 33409
      Telephone:  561-686-6300
      Facsimile:   561-383-9451

## Notice to Garnishee

**This notice is provided pursuant to Florida Statute 77.28:**

**Upon issuance of any writ of garnishment, the party applying for it shall pay $100 to the garnishee on the garnishee's demand at any time after the service of the writ for the payment or part payment of his or her attorney fee which the garnishee expends or agrees to expend in obtaining representation in response to the writ.**