UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.14-80425-CIV-SELTZER

<u>CONSENT CASE</u>

EVETT L. SIMMONS, ESQUIRE,
in her capacity as Guardian of the
Property of Dontrell Stephens, and
DONTRELL STEPHENS,

    Plaintiffs,

vs.

RIC BRADSHAW, in his capacity
as Sheriff of Palm Beach County,
Florida, and DEPUTY SHERIFF
ADAMS LIN, individually,

    Defendants,

and

JPMORGAN CHASE BANK, N.A.,

    Garnishee.
_____/

<u>ORDER</u>

THIS CAUSE is before the Court on Judgment Debtor Deputy Sheriff Adams Lin's Claim of Exemption and Request for Hearing [DE 353-1] and [DE 355-1 and 2] and was referred to the undersigned pursuant to the consent of the parties [DE 17 and 18]. The Court having considered the Sealed Writ of Garnishment,Plaintiff's Motion for Continuing Writ of Garnishment, the Claim of Exemption and Request for Hearing [DE 353-1] and [DE 355-1 and 2], Notices, Responses, Replies and Answers thereto, and being otherwise fully advised, it is hereby ORDERED as follows:

1. The undersigned will conduct an evidentiary hearing on Judgement Debtor Deputy Sheriff Adams Lin's Claim of Exemption on Wednesday, October 19, 2016, at 2:00 p.m. at the United States Courthouse, Courtroom 110, 299 East Broward Boulevard, Fort Lauderdale, Florida.

2. Prior to the above referenced hearing, the parties shall engage in meaningful discovery (as to the issues raised) and shall be prepared to address all aspects of the Claim of Exemption at the October 19, 2016 evidentiary hearing.

3. Furthermore, on or before Monday, October 10, 2016, counsel for the parties shall meet and confer <u>in person</u> in a good faith attempt to resolve the issues raised. Thereafter, on or before 11:00 a.m. on October 11, 2016, the parties shall file a Joint Status Report detailing the outcome of this in person meeting, including all who participated, the length of the meeting, all efforts made, all agreements reached, and any outstanding garnishment issues that remain, if any.

DONE AND ORDERED at Fort Lauderdale, Florida this 22nd day of September 2016.

*[signature]*
BARRY S. SELTZER
United States Magistrate Judge

Copies to:

All Counsel of Record