UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80425

EVETT L. SIMMONS, ESQUIRE, in her capacity as Guardian of the Property of Dontrell Stephens, and DONTRELL STEPHENS,

Plaintiffs,

v.

RIC BRADSHAW, in his capacity as Sheriff of Palm Beach County, Florida, and DEPUTY SHERIFF ADAMS LIN, individually,

Defendants.
_______________________________________/

**NOTICE OF RESOLUTION**

Defendant, Deputy Sheriff (Sergeant) Adams Lin, notifies the Court that the parties have resolved the claim for attorney's fees without the need for further court intervention.

BROAD AND CASSEL LLP
Co-Counsel for Deputy Sheriff Adams Lin
One North Clematis St., Suite 500
West Palm Beach, FL 33401
Telephone: (561) 832-3300
Facsimile: (561) 655-1109
Primary E-mail: sellison@broadandcassel.com
Secondary Email: jricca@broadandcassel.com

By: ______________________
Steven Ellison
Florida Bar No. 510319

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy of same via email to: **JACK SCAROLA, ESQUIRE**, and **PATRICK QUINLAN, ESQUIRE,** Searcy, Denney, Scarola, Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Blvd., West Palm Beach, Florida 33409, mep@searcylaw.com and peq@searcylaw.com and **SUMMER M. BARRANCO, ESQUIRE** – summer@purdylaw.com, Purdy Jolly Giuffreda & Barranco, P.A., 2455 E. Sunrise Boulevard, Suite 1216, Fort Lauderdale, FL 33304 this 8th day of February, 2017.

BROAD AND CASSEL LLP
Co-Counsel for Deputy Sheriff Adams Lin
One North Clematis St., Suite 500
West Palm Beach, FL 33401
Telephone: (561) 832-3300
Facsimile: (561) 655-1109
Primary E-mail: sellison@broadandcassel.com
Secondary Email: jricca@broadandcassel.com

By: ______________________
Steven Ellison
Florida Bar No. 510319