UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80425-COHN/SELTZER

EVETT L. SIMMONS, ESQUIRE, in
her capacity as Guardian of the Property
of Dontrell Stephens, and DONTRELL STEPHENS,

    Plaintiffs,

vs.

RIC BRADSHAW, in his capacity as
Sheriff of Palm Beach County, Florida, and
DEPUTY SHERIFF ADAMS LIN, individually,

    Defendants.
_____/

## ORDER OF DISMISSAL OF COUNT I AND AMENDED FINAL JUDGMENT AS TO COUNT III

THIS CAUSE having come before the Court following a jury trial in this matter wherein a jury returned a verdict in favor of Plaintiffs on Counts I and III.[1] A subsequent appeal reversed the Judgment as to Count I and remanded for a new trial. However, pursuant to the agreement of the parties memorialized in the Stipulation of Dismissal with Prejudice of Remaining Claim (Count I) Pursuant to 42 U.S.C. Section 1983, Count I is hereby dismissed with prejudice in

---

[1] Plaintiffs' operative pleading, the Second Amended Complaint (DE 32, 135), included six counts against Defendants Adams Lin ("Lin") and Ric Bradshaw, in his capacity as Sheriff of Palm Beach County ("Sheriff Bradshaw"):

    I.    42 U.S.C. § 1983 Violation of Civil Rights (v. Lin)
    II.   42 U.S.C. § 1983 Violation of Civil Rights (v. Sheriff Bradshaw)
    III.  Battery (v. Sheriff Bradshaw)
    IV.  Battery (v. Lin)
    V.   Negligent Use of Firearm (v. Sheriff Bradshaw)
    VI.  Negligent Supervision, Retention, and Training (v. Sheriff Bradshaw)

Summary Judgment was entered as to Count II and affirmed on appeal.
Counts IV and VI were subsequently withdrawn by Plaintiffs.

accordance with the terms and conditions of the parties' agreement, with both sides to bear their own costs and fees with respect to all claims against Defendant Lin. It is further

ORDERED and ADJUDGED as follows:

1. Judgment is entered for Plaintiffs as to Count III. Plaintiffs Evett L. Simmons, Esquire, in her capacity as Guardian of the Property of Dontrell Stephens, and Dontrell Stephens, shall recover from the Defendants, Ric Bradshaw, in his capacity as Sheriff of Palm Beach County, on the claim of battery as alleged in Count III of the Second Amended Complaint, the amount of Twenty-Two Million Four Hundred Thirty-One Thousand Eight Hundred and Ninety-Two Dollars and Five Cents ($22,431,892.05), plus post-judgment interest at the legal rate as of February 25, 2016, along with costs, for all of which let execution issue, subject to the F.S. 768.28 cap on damages of $200,000 and the claims bill process.

2. Judgment is entered in favor of the Defendant Sheriff Bradshaw and against Plaintiffs on Counts II and V.

DONE and ORDERED in Fort Lauderdale, Florida, this 18th day of October, 2018.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to: Counsel of Record (via CM/ECF)